IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SCOTT BRUMETT,**<br><br>Petitioner,<br><br>v.<br><br>**ANTHONY KANE, et al.,**<br><br>Respondents. | CASE NO. C 04-05423 JSW<br><br>[~~PROPOSED~~] **ORDER** |

This court considered Respondent's request for an extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Respondent's request for an extension of time is **GRANTED**; Respondent shall file an initial response by **June 6, 2005.**

Dated: May 1, 2005

/s/ Jeffrey S. White
JEFFREY S. WHITE
United States District Judge

[~~Proposed~~] Order

*Brumett v. Kane*
Case No. C 04-05423 JSW

1