IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT BRUMETT,<br><br>        Petitioner,<br><br>v.<br><br>ANTHONY KANE, et al.,<br><br>        Respondents. | CASE NO. C 04-05423 JSW<br><br>[~~PROPOSED~~] ORDER |

This court considered Respondent's request for an extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Respondent's request for an extension of time is **GRANTED**; Respondent shall file an initial response to the First Amended Petition by **November 28, 2005.**

Dated: October 26, 2005

*Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge

[~~Proposed~~] Order

*Brumett v. Kane*
Case No. C 04-05423 JSW

1