IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT BRUMETT,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>ANTHONY KANE, et al.,<br><br>　　　　　　　　　　Respondents. | CASE NO. C 04-05423 JSW<br><br>[~~PROPOSED~~] ORDER |

　　　This court considered Respondent's request for an extension of time, and good cause appearing,

　　　IT IS HEREBY ORDERED that Respondent's request for an extension of time is **GRANTED**; Respondent shall file a reply to Petitioner's opposition to the motion to dismiss by **February 9, 2006**.

Dated: January 20, 2006

　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　United States District Judge