STEVE M. DEFILIPPIS
State Bar #117292
PICONE & DEFILIPPIS, A P.L.C.
625 N. First Street
San Jose, CA 95112
(408) 292-0441

Attorneys for Petitioner,
SCOTT BRUMETT

*IN THE UNITED STATES DISTRICT COURT*

*NORTHERN DISTRICT OF CALIFORNIA*

*SAN FRANCISCO DIVISION*

| | |
|---|---|
| SCOTT BRUMETT,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>ANTHONY KANE, Warden<br><br>　　　　　Respondent<br><br>On Habeas Corpus.<br>_____/<br>BOARD OF PRISON TERMS, ARNOLD SCHWARZENEGGER, Governor,<br><br>　　　　Real Parties In Interest.<br>_____/ | CASE NO. CV04-05423 JSW<br><br>[Los Angeles Co. Sup. Court Case #A012451]<br><br>***ORDER GRANTING 1st EXTENSION OF TIME TO FILE PETITIONER'S TRAVERSE*** |

　　　Petitioner, SCOTT BRUMETT, having duly applied for an extension of time to file his Traverse, and good cause appearing,

　　　IT IS HEREBY ORDERED that the time for filing Petitioner's Traverse is extended through and including October 3, 2007.

Dated: September 11, 2007

_____
U.S. DISTRICT COURT JUDGE