IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT BRUMETT,

    Petitioner,                               No. C 04-05423 JSW

  v.

KANE ET AL,                                **ORDER REQUESTING STATUS REPORT**

    Respondent.

    The petition for writ of habeas corpus is fully briefed and ripe for decision. However, petitioner's current parole status is unknown. The Court HEREBY ORDERS Petitioner to submit a status report by no later than February 22, 2008 advising the Court of what, if any, further parole proceedings have occurred since the filing of this petition.

    **IT IS SO ORDERED.**

Dated: February 13, 2008

                                                   JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT JUDGE