IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT BRUMETT,

    Petitioner,                     No. C 04-05423 JSW

  v.                                        **JUDGMENT**

ANTHONY KANE, Warden, et al.,

    Respondents.
                                        /

    For the reasons set forth in the Order issued this date denying Petitioner's petition for writ of habeas corpus on the merits, judgment is HEREBY ENTERED in favor of Respondents and against Petitioner. The Clerk is directed to close the file.

    **IT IS SO ORDERED.**

Dated: March 28, 2008

                                                      JEFFREY S. WHITE
                                                      UNITED STATES DISTRICT JUDGE